JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES DREW LOCKHART, | Case No. CV 17-3550-JVS (JPR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge, it is hereby ADJUDGED THAT (1) Plaintiff's request for an order remanding the case is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: 2/11/2019

_____
JAMES V. SELNA
U.S. DISTRICT JUDGE